UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HERINA,<br><br>           Plaintiff,<br><br>     v.<br><br>BUTTE COUNTY SUPERIOR COURT, et al.,<br><br>           Defendants. | No.  2:16-cv-2956-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1]  On January 26, 2017, the court informed plaintiff that to proceed with this action he must file a signed complaint.  *See* Fed. R. Civ. P. 11(a).  The court warned plaintiff that failure to so comply could result in the dismissal of this action.  The time for acting has passed, and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.  Fed. R. Civ. P. 41(b); E. D. Cal. Local Rule 110.  The Clerk is directed to terminate all pending motions and close the case.

Dated:  March 6, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).